THE PEOPLE OF THE STATE OF NEW YORK ex rel. 14 EAST 90TH STREET CORPORATION, Relator, and LAWYERS MORTGAGE CORPORATION, as Trustee, Corelator-Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents.

Submitted June 1, 1948; decided June 11, 1948.

*A. I. Madison* for appellant.

*John P. McGrath, Corporation Counsel (Morris Handel* and *William F. Murphy* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Desmond, Thacher, Dye and Fuld, JJ. Taking no part: Conway, J.